

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| REFUGIO BUSTAMANTE, | § | No. 08-17-00262-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04477) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **October 22, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Francisco F. Macias, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 22, 2018.

IT IS SO ORDERED this 21st day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.